# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### CASE NO. 8:18-mc-00057-MSS-AAS

| | |
|---|---|
| ANDREW MACKMIN, *et al.*, <br><br>                    Plaintiffs, <br><br>      v. <br><br> VISA INC., *et al.*, <br><br>                    Defendants. | Action Pending in United States District Court for the District of Columbia <br><br> No. 1:11-cv-01831-RJL |
| MARY STOUMBOS, <br><br>                    Plaintiff, <br><br>      v. <br><br> VISA INC., *et al.*, <br><br>                    Defendants. | Action Pending in United States District Court for the District of Columbia <br><br> No. 1:11-cv-01882-RJL |
| NATIONAL ATM COUNCIL, INC., *et al.*, <br><br>                    Plaintiffs, <br><br>      v. <br><br> VISA INC., et al., <br><br>                    Defendants. | Action Pending in United States District Court for the District of Columbia <br><br> No. 1:11-cv-01803-RJL |

### PLAINTIFFS' AMENDED CERTIFICATE OF SERVICE
### OF MOTION TO COMPEL [D.E.1]

Plaintiffs, by and through undersigned counsel, file this amended Certificate of Service and state that a true and correct copy of the Motion to Compel filed on July 20, 2018 [D.E. 1] in

1

this matter was served by certified mail, return receipt requested on third party defendants as follows:

>On July 21, 2018 to:
>Fidelity National Information Services, Inc.
>1200 South Pine Island Road
>Plantation, FL  33324
>
>On July 27, 2018 to:
>Fidelity Integrated Financial Solutions
>3150 Holcomb Bridge Road
>Suite 200
>Norcross, GA  30071

Dated:  July 26, 2018

**VARNELL & WARWICK, P.A.**

By: /s/ Janet R. Varnell
Janet R. Varnell, FBN: 0071072
Brian W. Warwick, FBN: 0605573
PO Box 1870
Lady Lake, Florida 32158
Telephone: (352) 758-8600
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
kstroly@varnellandwarwick.com

*Of Counsel:*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Jennifer Fountain Connolly
(D.C. Bar No. 1019148)
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 248-5403
jenniferc@hbsslaw.com

Ben M. Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Heart Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3034
benh@hbsslaw.com

Stephen R. Neuwirth
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson
Viola Trebicka
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Craig L. Briskin
Joanna K. Wasik
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Cbriskin@findjustice.com
jwaisk@findjustice.com

*Counsel for Andrew Mackmin and Sam Osborn*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
1077 30th Street, NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway Suite 501
New York, NY 10006
(212) 608-1900
Fax: (212) 719-4775

*Counsel for Mary Stoumbos*

Jonathan L. Rubin
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Jennifer M. Oliver
MOGINRUBIN LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM*
*Council, Inc.; ATMs of the South, Inc.;*
*Business Resource Group, Inc.;*
*Just ATMs USA, Inc.; Wash Water Solutions,*
*Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC;*
*Scot Garner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and T&T*
*Communications, Inc. and Randal N. Bro d/b/a*
*T & B Investments*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, and that I served the foregoing by U.S. mail on all third party defendants as follows:

Armed Forces Financial Network, LLC
11601 Roosevelt Boulevard, TA-94
St. Petersburg, FL  33716

Fidelity National Information Services, Inc.
1200 South Pine Island Road
Plantation, FL  33324

Fidelity Integrated Financial Solutions
3150 Holcomb Bridge Road
Suite 200
Norcross, GA  30071

/s/      Janet R. Varnell
Janet R. Varnell, FBN: 0071072