**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

**CASE NO. 8:18-mc-00057-MSS-AAS**

| | |
|---|---|
| ANDREW MACKMIN, *et al.*, <br>     Plaintiffs, <br> v. <br> VISA, INC., *et al.*, <br>     Defendants. | Action Pending in United States District Court for the District of Columbia <br><br> No. 1:11-cv-01831-RJL |
| MARY STOUMBOS, <br>     Plaintiff, <br> v. <br> VISA INC., *et al.*, <br>     Defendants. | Action Pending in United States District Court for the District of Columbia <br><br> No. 1:11-cv-01882-RJL |
| NATIONAL ATM COUNCIL, INC. et al., <br>     Plaintiffs, <br> v. <br> VISA INC., *et al.*, <br>     Defendants. | Action Pending in the United States District Court for the District of Columbia <br><br> No. 1:11-cv-01803-RJL |

**MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY PAGES BY NON-PARTIES FIDELITY NATIONAL INFORMATION SERVICES, INC., FIDELITY INTEGRATED FINANCIAL SOLUTIONS, AND ARMED FORCES FINANCIAL NETWORK, LLC**

Non-Parties Fidelity National Information Services, Inc. ("FIS"), Fidelity Integrated

Financial Solutions ("FIFS"), and Armed Forces Financial Network, LLC ("AFFN") (collectively,

"Non-Parties"), by and through their undersigned counsel, Fox Rothschild LLP, respectfully move, pursuant to Local Rule 3.01(d), for leave to file a response in excess of twenty pages. In support thereof, Non-Parties aver as follows.

1. On July 20, 2018, three separate plaintiffs groups (collectively, "Plaintiffs") filed the subject joint motion to compel compliance with subpoenas against the Non-Parties (the "Motion to Compel"). (ECF No. 1).

2. Plaintiffs' Motion to Compel seeks to enforce compliance with *eight subpoenas* (the "Subpoenas") issued to *three different non-parties*. The Subpoenas seek massive amounts of ATM data and other confidential information, including data protected under Payment Card Industry Data Security Standards.

3. Plaintiffs issued the Subpoenas in three separate putative class action antitrust cases: (1) *National ATM Council, Inc., et al. v. Visa Inc.*, et al., No. 11-cv-1803 (D.D.C.); (2) *Mackmin v. Visa Inc.*, No. 11-cv-1831 (D.D.C.); and (3) *Stoumbos v. Visa Inc.*, No. 11-cv-1882 (D.D.C.).

4. The Local Rules limit responses in opposition to twenty (20) pages, unless the Court grants leave to exceed the page limit. M.D. Fla. L.R., 3.01(b), (c).

5. In light of the number of subpoenas and parties, the length of the Motion to Compel, and the arguments and cases contained therein, the Non-Parties anticipate that they will require up to thirty-five (35) pages to respond to the Motion to Compel.

6. The Non-Parties will make every effort to be as concise as possible and complete its response to the Motion to Compel in as few pages as possible, but in an abundance of caution, reasonably anticipates that they will need up to thirty-five (35) pages to complete their Response to the Motion to Compel.

7. Therefore, the Non-Parties request that this Court grant the Non-Parties leave to exceed the page limit on the Non-Parties' response to the Motion to Compel up to, and including, thirty-five (35) pages in length.

WHEREFORE, Non-Parties Fidelity National Information Services, Inc., Fidelity Integrated Financial Solutions, and Armed Forces Financial Network, respectfully request entry of an order permitting it to file a response to Plaintiffs' Motion to Compel (ECF No. 1) up to, and including, thirty-five (35) pages in length, and granting such other and further relief as is just and proper.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

Dated:  August 3, 2018

By: */s/ Heather L. Ries*
Heather L. Ries, Esquire (No. 581933)
777 S. Flagler Drive
Suite 1700 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602
hries@foxrothschild.com

*Attorneys for Non-Parties Fidelity National Information Services, Inc., Fidelity Integrated Financial Solutions, and Armed Forces Financial Network, LLC*

ACTIVE\60914905.v1-8/3/18

## CERTIFICATE OF COMPLIANCE WITH M.D. FLA. L.R. 3.01(g)

I HEREBY CERTIFY that, in accordance with M.D. Fla. L.R. 3.01(g), that counsel for the Non-Parties conferred with Plaintiffs' counsel in the three underlying matters regarding the issues raised in this Motion by sending an email on August 3, 2018.  Plaintiffs' counsel in the *National ATM Council* matter emailed that they have no objection to the relief requested.  Plaintiffs' Counsel in the *Mackmin* and *Stoumbos* matters emailed that they would only agree to the relief requested if the Non-Parties agreed to allow Plaintiffs to file a 20-page reply brief and if the Non-Parties waived any ability to seek leave to file a sur-reply.  The Non-Parties were unable to agree to those conditions and responded that they would indicate in the Motion that the *Mackmin* and *Stoumbos* Plaintiffs do not consent to the Non-Parties' request for fifteen additional pages.

Dated: August 3, 2018

**FOX ROTHSCHILD LLP**

By: */s/ Heather L. Ries*
Heather L. Ries (Florida Bar No.: 581933)
hries@foxrothschild.com
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone:  561.835.9600
Facsimile:  561.835.9602
*Attorneys for Non-Parties Fidelity National Information Services, Inc., Fidelity Integrated Financial Solutions, and Armed Forces Financial Network, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          **FOX ROTHSCHILD LLP**

          */s/ Heather L. Ries*
          Heather L. Ries (Florida Bar No.: 581933)
          hries@foxrothschild.com
          222 Lakeview Avenue, Suite 700
          West Palm Beach, FL 33401
          Telephone:  561.835.9600
          Facsimile:  561.835.9602
          *Attorneys for Non-Parties Fidelity National Information Services, Inc., Fidelity Integrated Financial Solutions, and Armed Forces Financial Network, LLC*

**SERVICE LIST**

*Case No: 8:18-mc-00057-MSS-AAS*
*United States District Court, Middle District of Florida*

Janet R. Varnell
Brian W. Warwick
VARNELL & WARWICK, P.A.
P.O. Box 1870
Lady Lake, Florida
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
*Attorneys for Andrew Mackmin and Sam Osborn*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
steve@hbsslaw.com

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
jenniferc@hbsslaw.com

Ben M. Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
benh@hbsslaw.com
Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson
Viola Trebicka
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Craig L. Briskin

MEHRI & SKALET, PLLC
1250 Connecticut Ave., N.W., Suite 300
Washington, DC 20036
Cbriskin@Findjustice.com
*Counsel for Andrew Mackmin and Sam Osborn*

Douglas Thompson
Michael G. McLellan
FINKELSTEIN THOMPSON LLP
1077 30th Street, N.W., Suite 150
Washington, D.C. 20007
dthompson@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com

Christopher Lovell
Merrick Scott Rayle
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway Suite 501
New York, NY 10006
clovell@lshllp.com
mrayle@lshllp.com
*Counsel for Mary Stoumbos*

Jonathan L. Rubin
MOGINRUBIN LLP
1615 M Street, N.W., Third Floor
Washington, D.C. 20036
jrubin@moginrubin.com

Jennifer Oliver
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
joliver@moginrubin.com
*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Garner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd., Inc.; and T&T Communications, Inc. and Randal N. Bro d/b/a T & B Investments*