**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CASE NO. 8:18-mc-00057-MSS-AAS**

| | |
|---|---|
| ANDREW MACKMIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> Defendants. | Action Pending in United States District Court for the District of Columbia <br><br> No. 1:11-cv-01831-RJL |
| MARY STOUMBOS, <br><br> Plaintiff, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> Defendants. | Action Pending in United States District Court for the District of Columbia <br><br> No. 1:11-cv-01882-RJL |
| NATIONAL ATM COUNCIL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VISA INC., et al., <br><br> Defendants. | Action Pending in United States District Court for the District of Columbia <br><br> No. 1:11-cv-01803-RJL |

**JOINT STATUS REPORT**

Pursuant to the Court's September 28, 2018 Order, the parties respectfully submit the following Joint Status Report concerning Plaintiffs' pending motion to compel subpoenaed documents from third-parties Armed Forces Financial Network ("AFFN") and Fidelity National Information Service, Inc. ("FNIS").

## I. AFFN Status

In accordance with the Court's Order, on October 19 AFFN timely produced an agreed upon sample of its Interchange Reports. In reaching an agreement on the sample, AFFN offered to meet and confer with Plaintiffs to answer questions Plaintiffs might have in interpreting the sample. On October 26 Plaintiffs emailed AFFN that it had questions regarding the sample and an initial meet-and-confer was scheduled for October 31. The same day, Plaintiffs' counsel also called AFFN's counsel and AFFN's counsel requested that Plaintiffs put their questions in writing in advance of the meet-and-confer. On the evening of October 29, Plaintiffs sent AFFN's counsel a list of questions. AFFN's counsel subsequently cancelled the October 31 meet-and-confer because they did not yet have sufficient information for a meaningful discussion, and provided written responses to several of Plaintiffs' inquiries on November 1. The same day, Plaintiffs requested that AFFN clarify its responses and address the remainder of Plaintiffs' preliminary inquiries. AFFN currently is evaluating these requests.

## II. FNIS Status

In accordance with the Court's September 28 Order, FNIS served on October 8 Amended Objections and Responses to Plaintiffs' subpoenas. On October 16, the parties conferred telephonically and, as part of that discussion, Plaintiffs requested that FNIS produce samples of certain billing and transactional data described in FNIS' Amended Objections and Responses. Plaintiffs also asked FNIS to specify the date range over which its billing data are available.

FNIS took these requests under advisement and agreed to meet-and-confer again on October 23. FNIS subsequently cancelled the October 23 meet-and-confer and also cancelled a rescheduled call set for October 31. FNIS' main business contact was out of the office through October 29, so counsel was not in a position to meaningfully investigate Plaintiffs' inquiries. On November 1, Plaintiffs requested that FNIS address Plaintiffs' October 16 requests for data samples and date-range information. FNIS currently is evaluating these requests and intends to respond.

### III.     No Disputes Require the Court's Attention at this Time

With meet-and-confers ongoing, the parties do not believe that any action by the Court is needed at this stage. Unless otherwise directed by the Court, the parties intend to submit by November 15, 2018 a further Joint Status Report addressing the parties' progress and whether any disputes necessitate the Court's involvement.

DATED this 2nd Day of November 2018         Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Ben M. Harrington*
    Ben Harrington (pro hac vice)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com

Janet R. Varnell (Bar # 71072)
VARNELL & WARWICK
PO Box 1870
Lady Lake, Florida 32158
Telephone: (352) 758-8600
jvarnell@varnellandwarwick.com

*Of Counsel:*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Jennifer Fountain Connolly
(D.C. Bar No. 1019148)
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 248-5403
jenniferc@hbsslaw.com

Stephen R. Neuwirth
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson
Viola Trebicka
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Craig L. Briskin
Joanna K. Wasik
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
jwaisk@findjustice.com

*Counsel for Andrew Mackmin and Sam Osborn*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
1077 30th Street, NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway Suite 501
New York, NY 10006
(212) 608-1900
Fax: (212) 719-4775

*Counsel for Mary Stoumbos*

Jonathan L. Rubin
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Jennifer M. Oliver
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 798-5361
Fax: (619) 687-6610
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM*
*Council, Inc.; ATMs of the South, Inc.;*
*Business Resource Group, Inc.;*
*Just ATMs USA, Inc.; Wash Water Solutions,*
*Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC;*
*Scot Garner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and T&T*
*Communications, Inc. and Randal N. Bro d/b/a*
*T & B Investments*

4

Dated: November 2, 2018

FOX ROTHSCHILD LLP

By: */s/ Heather Ries*
Heather Ries (Florida Bar No. 581933)
777 South Flagler Drive, Suite 1700
West Palm Beach, FL 334-1
Telephone: (561) 835-9600
Facsimile: (561) 835-9602
hries@foxrothschild.com

Michael Eidel (pro hac vice)
Clair E. Wischusen (pro hac vice)
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Telephone: (215) 345-7500
Facsimile: (215) 345-7507
meidel@foxrothschild.com
cwischusen@foxrothschild.com

Amy L. Drushal (Florida Bar No. 546895)
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Telephone: (813) 223-7474
adrushal@trenam.com

*Attorneys for Non-Parties Fidelity National Information Services, Inc., Fidelity Integrated Solutions, and Armed Forces Financial Network, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: */s/ Ben M. Harrington*
Ben M. Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com