**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CASE NO.  8:18-mc-00057-MSS-AAS**

| | |
|---|---|
| ANDREW MACKMIN, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>VISA INC., *et al.*,<br><br>        Defendants. | Action Pending in United States District Court for the District of Columbia<br><br>No. 1:11-cv-01831-RJL |
| MARY STOUMBOS,<br><br>        Plaintiff,<br><br>    v.<br><br>VISA INC., *et al.*,<br><br>        Defendants. | Action Pending in United States District Court for the District of Columbia<br><br>No. 1:11-cv-01882-RJL |
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>VISA INC., et al.,<br><br>        Defendants. | Action Pending in United States District Court for the District of Columbia<br><br>No. 1:11-cv-01803-RJL |

**NOTICE REGARDING STATUS REPORT**

The parties indicated in their November 2, 2018 Joint Status Report that they intended to provide the Court with a further status update by November 15, 2018. *See* Dkt. No. 30 at 2. Having conferred, the parties believe that an additional day is needed to coordinate that submission. Accordingly, and absent other direction from the Court, the parties intend to submit a Status Report on November 16, 2018. The parties are available to address any questions the Court may have.

DATED this 15th Day of November 2018   Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Ben M. Harrington*
    Ben M. Harrington
715 Heart Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3034
benh@hbsslaw.com

Janet R. Varnell (Bar # 71072)
VARNELL & WARWICK
PO Box 1870
Lady Lake, Florida 32158
Telephone: (352) 758-8600
jvarnell@varnellandwarwick.com

*Of Counsel:*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Jennifer Fountain Connolly
(D.C. Bar No. 1019148)
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 248-5403
jenniferc@hbsslaw.com

Stephen R. Neuwirth
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson
Viola Trebicka
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Craig L. Briskin
Joanna K. Wasik
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
cbriskin@findjustice.com
jwaisk@findjustice.com

*Counsel for Andrew Mackmin and Sam Osborn*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Ave. NW, Suite 395
Washington, DC 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway Suite 501
New York, NY 10006
(212) 608-1900
Fax: (212) 719-4775

*Counsel for Mary Stoumbos*

Jonathan L. Rubin
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Jennifer M. Oliver
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 798-5361
Fax: (619) 687-6610
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM*
*Council, Inc.; ATMs of the South, Inc.;*
*Business Resource Group, Inc.;*
*Just ATMs USA, Inc.; Wash Water Solutions,*
*Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC;*
*Scot Gardner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and T&T*
*Communications, Inc. and Randal N. Bro d/b/a*
*T & B Investments*

Dated:  November 15, 2018

                                                  FOX ROTHSCHILD LLP

                                                  By: */s/ Heather Ries*
                                                  Heather Ries (Florida Bar No. 581933)
                                                  777 South Flagler Drive, Suite 1700
                                                  West Palm Beach, FL 334-1
                                                  Telephone:  (561) 835-9600
                                                  Facsimile: (561) 835-9602
                                                  hries@foxrothschild.com

                                                  Michael Eidel (pro hac vice)
                                                  Clair E. Wischusen (pro hac vice)

FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Telephone: (215) 345-7500
Facsimile: (215) 345-7507
meidel@foxrothschild.com
cwischusen@foxrothschild.com

Amy L. Drushal (Florida Bar No. 546895)
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Telephone: (813) 223-7474
adrushal@trenam.com

*Attorneys for Non-Parties Fidelity National Information Services, Inc., Fidelity Integrated Solutions, and Armed Forces Financial Network, LLC*

4

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

      By: */s/ Ben M. Harrington*
          Ben M. Harrington
      715 Heart Avenue, Suite 202
      Berkeley, CA 94710
      Tel: (510) 725-3034
      benh@hbsslaw.com